UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 2:14-cv-00050-FDW

| | |
|---|---|
| John L. Fay, II, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner of Social Security )<br>Administration, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* in light of Mascio v. Colvin, 780 F.3d 632 (4th Cir. 2015),[1] the parties are directed to discuss, in good faith, whether the ruling in Mascio requires sentence four remand pursuant to 42 U.S.C. § 405(g) for rehearing or other administrative proceedings. The parties shall advise the Court via Status Report to be filed **on or before October 9, 2015** whether remand to the Commissioner of Social Security is appropriate and certify that they have discussed Mascio and its implications, if any, in this case. If the parties disagree as to whether Mascio requires remand, the parties may file a supplement to their summary judgment briefs, limited to 1,500 words, **on or before October 23, 2015.**

**SO ORDERED**.

Signed: September 23, 2015

Frank D. Whitney
Chief United States District Judge

---

[1] The mandate issued on May 11, 2015, after Pl............................................