# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| John L. Fay, II, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:14-cv-00050-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2016 Order.

July 29, 2016

*signature*

Frank G. Johns, Clerk
United States District Court